# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| EBRO REAL ESTATE HOLDINGS, LLC ) | Judge Eugene Wedoff |
| ) | |
| Debtor and Debtor in Possession. ) | Case No. 09-10104 |
| ) | |
| ) | Hearing: April 22, 2009 9:30 AM |

## ORDER ALLOWING EMPLOYMENT OF ATTORNEYS

This matter came to be heard on the application of the Debtor and Debtor in Possession, EBRO REAL ESTATE HOLDINGS, LLC, for authority to employ the attorneys of **FORREST L. INGRAM, P.C.** as their attorneys in this Chapter 11 case. Due notice having been given and the Court being fully advised in these premises,

**IT IS HEREBY ORDERED** that Debtor and Debtor in Possession is authorized, pursuant to 11 U.S.C. § 327(a), to employ Forrest L. Ingram, Peter L. Berk, Patrick Lambe, Helena Milman, Gautham Kaveti and FORREST L. INGRAM, P.C. to represent the Debtor and Debtor in Possession in this Chapter 11 case in accordance with the Engagement Agreement between the parties.

This order is effective retroactively to March 24, 2009.

Dated: 2 2 APR 2009

BY THE COURT

_____
The Honorable Judge Eugene R. Wedoff
U.S. Bankruptcy Judge

This document was prepared by
Forrest L. Ingram, P.C.