| | | Forrest L. Ingram, P.C.<br>*Attorneys and Counsellors*<br>79 W. Monroe, Suite 900<br>Chicago, IL 60603-4907 | Ebro RE | | |
|---|---|---|---|---|---|
| **Date** | **Nature** | **Item** | **Atty** | **Time** | **Fee** |
| 3/24/09 | Admin | Several phone conversations with Silvio and Mimi Vega, George Munoz, and GK re schedules. | FLI | 0.2 | $88.00 |
| 3/24/09 | Admin | Review and revise schedules; give GK the OK to file chapter 11. | FLI | 0.2 | $88.00 |
| 3/24/09 | Admin | Input information into Schedules D, E, and F. | GK | 0.1 | $17.50 |
| 3/24/09 | Admin | Revise schedules. | GK | 0.1 | $17.50 |
| 3/25/09 | Admin | Review and process notices of bankruptcy filing.  Direct GK to draft motion to transfer case to Judge Wedoff, the judge in the Ebro Foods, Inc. case. | FLI | 0.1 | $44.00 |
| 3/28/09 | Admin | Analyze partially completed schedules.  Scan in and email to clients with detailed instructions about completing them. | FLI | 0.5 | $220.00 |
| 3/28/09 | Admin | Direct PL to complete schedules and contribute to various motions and filings that will be needed. | FLI | 0.2 | $88.00 |
| 4/7/09 | Admin | Motion to extend time to file schedules/Reassign | PFL | 0.6 | $135.00 |
| 4/13/09 | Admin | Direct PL to appear in court on motion for joint administration; explain relationship of debtors. | FLI | 0.1 | $44.00 |
| 4/14/09 | Admin | Review schedules; direct HM and PL to contact client, obtain further information, and enter on schedules. | FLI | 0.2 | $88.00 |
| 4/14/09 | Admin | File schedules. | FLI | 0.3 | $132.00 |
| 4/14/09 | Admin | Appeared on Motion to extend time/reassign | PFL | 0.6 | $135.00 |
| 4/14/09 | Admin | Input data into schedules | PFL | 0.5 | $112.50 |
| 4/16/09 | Admin | Return funds from Ebro RE as directed by client. | FLI | 0.2 | $88.00 |
| 4/16/09 | Admin | Meet with Silvio and Zenaida to prepare for initial debtor interview.  Joined by HM and PL, revise schedules. | FLI | 0.7 | $308.00 |
| 4/16/09 | Admin | Meet with Ebro RE's principals | PFL | 0.2 | $45.00 |
| 4/16/09 | Admin | Initial debtors interview | PFL | 0.7 | $157.50 |
| 4/17/09 | Admin | Review and revise draft of motion to set bar date and order.  Direct PL to make changes and file. | FLI | 0.2 | $88.00 |
| 4/22/09 | Admin | Attended motion to set bar date | PFL | 0.2 | $45.00 |
| 4/29/09 | Admin | Meet with clients to prepare for first meeting of creditors. | FLI | 0.4 | $176.00 |
| 4/29/09 | Admin | Represent debtor at 341(a) meeting. | FLI | 0.7 | $308.00 |
| 4/29/09 | Admin | Meet with Ebro RE principals | PFL | 0.2 | $45.00 |
| 4/29/09 | Admin | 341 Meeting | PFL | 1.2 | $270.00 |
| 5/5/09 | Admin | Prepare for court and court appearance re status.  Order entered requiring filing of DS&P on or before 6/25/09. Status 7/7/09. | FLI | 0.5 | $220.00 |
| 5/14/09 | Admin | Email to clients re sale of real property. | FLI | 0.1 | $44.00 |
| 5/15/09 | Admin | Review email from Mimi Vega re sale of property. | FLI | 0.1 | $44.00 |
| 5/16/09 | Admin | Email to client re matters to be accomplished during June 2009. | FLI | 0.2 | $88.00 |
| 6/4/09 | Admin | Created new timesheet exhibit | PFL | 0.3 | $67.50 |
| 6/10/09 | Admin | Emails from client re: potential buyers | PFL | 0.5 | $112.50 |
| 6/29/09 | Admin | Meet with client, discuss potential sale, plan | PFL | 2.2 | $495.00 |
| 6/30/09 | Admin | File operating report | HM | 0.1 | $20.00 |
| 6/30/09 | CM | Review BofA's objection to motion to extend time.  Email to clients. | FLI | 0.2 | $88.00 |

| 3/28/09 | Cred | Inform client re conversation with attorney representing Bank of America. | FLI | 0.2 | $88.00 |
|---|---|---|---|---|---|
| 3/28/09 | DS&P | Initial letter to clients about how Ebro RE intends to reorganize and what steps have already been taken to achieve that goal. | FLI | 0.2 | $88.00 |
| 5/13/09 | DS&P | Email to client re need to formulate plan for filing in June. | FLI | 0.1 | $44.00 |
| 5/18/09 | DS&P | Direct PL to begin drafting plan and disclosure statement. | FLI | 0.3 | $132.00 |
| 6/9/09 | DS&P | Emails to Mimi, Silvio, PL, and HM re elements of plan, including sale of real property and suit against bank. | FLI | 0.2 | $88.00 |
| 6/19/09 | DS&P | Draft memo to PL and HM re meeting with clients this afternoon on a variety of issues, includidng sale of real estate, SARE plan, motion to extend time, adversary against Bank of America.. | FLI | 0.3 | $132.00 |
| 6/19/09 | DS&P | Conference with PL and HM re preparing SARE plan to be filed by June 29, by order of court. | FLI | 0.1 | $44.00 |
| 6/29/09 | DS&P | Conference with clients and PL re need to file plan and disclosure statement soon; discuss process and data needed.. | FLI | 0.2 | $88.00 |
| 4/17/09 | Employ | Review and revise draft of application to employ counsel. Direct PL to make changes. | FLI | 0.2 | $88.00 |
| 4/22/09 | Employ | Attended motion to employ as attorneys | PFL | 0.2 | $45.00 |
| 6/19/09 | Fee | Review and revise draft of first interim fee application.  Direct PL to make changes and to send notice to clients. | FLI | 0.3 | $132.00 |
| 6/24/09 | Fee | Review and revise petition for fees.  Direct PL to add June time sheets before filing. | FLI | 0.1 | $44.00 |
| 5/15/09 | SaleRE | Direct HM to obtain from clients any offer to purchase real estate that they have received. | FLI | 0.1 | $44.00 |
| 6/9/09 | SaleRE | Emails to Mimi, Silvio, PL, and HM re need to present motion to sell real estate. | FLI | 0.3 | $132.00 |
| 6/29/09 | SaleRE | Conference with clients and PL re offer to purchase real estate, discuss liens, problems. | FLI | 1.0 | $440.00 |
| 6/29/09 | SaleRE | Teleconference with potential purchaser and clients re terms and conditions for offer to purchase real estate. | FLI | 0.4 | $176.00 |
| 6/30/09 | SaleRE | Draft letter to Matt Rogatz; send with copies to clients. | FLI | 0.4 | $176.00 |
| 6/30/09 | SaleRE | Further communication with Rogatz re lease-back provision. | FLI | 0.1 | $44.00 |
| 4/16/09 | Trste | Meet with Tom Thornton, Silvio, Zenaida, and PL at initial debtor interview. | FLI | 0.5 | $220.00 |

| Totals by Nature | | Admin | 12.4 | $3,831.00 |
|---|---|---|---|---|
| | | CM | 0.2 | $88.00 |
| | | Cred | 0.2 | $88.00 |
| | | DS&P | 1.4 | $616.00 |
| | | Employ | 0.4 | $133.00 |
| | | Fee | 0.4 | $176.00 |
| | | SaleRE | 2.3 | $1,012.00 |
| | | Trste | 0.5 | $220.00 |
| | | | | |
| Total | | | 17.8 | $   6,164.00 |