# ATTORNEYS OF FORREST L. INGRAM, P.C.

**Forrest L. Ingram, Attorney.**  BA, Spring Hill College, 1962; MA, Spring Hill College, 1963; MA, University of Southern California, 1965; Ph.D., University of Southern California, 1967; BD, Gemeinte Universiteit te Amsterdam, 1970; Associate Professor, Loyola University New Orleans, 1969-1973; Editor, New Orleans Review, 1971-1973; Chairman, Department of English, Moorhead State University, Moorhead, MN, 1974-1976; Professor, Chairman, Department of English and Communicative Arts, Roosevelt University, Chicago, 1976-1984; Author/Editor: various books, articles, reviews; JD, IIT-Chicago Kent College of Law, 1981; law Review, Dean's List, Bar & Gavel Award; Admitted to Practice: Supreme Court of Illinois, 1981; Seventh Circuit Court of Appeals, 1989; United States Supreme Court, 1995. ABA, ISBA, CBA, American Bankruptcy Institute. Member, Bankruptcy and Reorganization Committee.

**Peter L. Berk, Attorney.**  BS, Illinois Wesleyan University, 1997, Dean's List, Psy-Chi Honor Society,  JD, Loyola University Chicago School of Law, 2001, Consumer Law Review; Admitted to Practice: Supreme Court of the State of Illinois, 2001; U.S. District Court for the Northern District of Illinois, 2002. ISBA.

**Patrick F. Lambe, Attorney.**  BS, Science and Civil Engineering, University of Illinois, Urbana-Champaign, 2003, JD, Loyola University Chicago School of Law, 2006, Dean's List, President of the Intellectual Property Legal Society 2004-2005, Admitted to Practice:  Supreme Court of the State of Illinois, 2006; U.S. District Court for the Northern District of Illinois, 2006. ISBA.

**Helena Milman, Attorney**. BA, Rockford College, 1997, John Marshall Award for Outstanding Achievement in Political Science, JD, The John Marshall Law School, 2007.  Admitted to Practice: Supreme Court of the State of Illinois, 2007; U.S. District Court for the Northern District of Illinois, 2007.  ISBA, CBA.

**Gautham Kaveti, Attorney.**  BA, University of Illinois, Champaign-Urbana, Dean's List, JD, The John Marshall Law School, 2008.  Admitted to Practice: Supreme Court of the State of Illinois, 2008; U.S. District Court for the Northern District of Illinois, 2008.  ISBA, CBA.

**Vik Chaudhry,** BS, Economics, University of Illinois, Champaign-Urbana, Dean's list, Loyola University Chicago School of Law, JD expected May 2009. (Clerk).

**EXHIBIT D**