**Forrest L. Ingram, P.C.**
**Attorneys and Counsellors**
**79 W. Monroe, Suite 900**
**Chicago, IL 60603-4907**

| Date | Nature | Amount |
|---|---|---|
| 3/24/2009 | Filing Fee | $1,039.00 |
| 4/24/2009 | Copies (Order setting bar date) | $0.70 |
| 4/24/2009 | Mail (Order setting bar date) | $3.08 |
|  | **TOTAL:** | **$1,042.78** |

**EXHIBIT E**