# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EBRO REAL ESTATE HOLDINGS, LLC | ) | Judge Eugene Wedoff |
| | ) | |
| Debtor and Debtor in Possession. | ) | Case No. 09-10104 |
| | ) | |

## NOTICE OF FILING

To:   See Attached Service List

PLEASE TAKE NOTICE that on July 13, 2009, I filed with the United States Bankruptcy Court for the Northern District of Illinois, the Debtor's Plan of Reorganization and Disclosure Statement, copies of which are hereby served upon you.

s/ Forrest L. Ingram
One of Debtors' attorneys

Forrest L. Ingram #3129032
Patrick F. Lambe
Helena Milman
Gautham Kaveti
Forrest L. Ingram, P.C.
79 West Monroe Street, Suite 900
Chicago, IL 60603-4907
(312) 759-2858

## CERTIFICATE OF SERVICE

I, Helena Milman, an attorney, certify that I caused a true and correct copy of the above and foregoing notice and the document to which it refers to be served upon the parties listed on the attached service list, either by electronic delivery or by facsimile, as indicated on the list, on July 13, 2009.

/s/ Helena Milman

## SERVICE LIST

**VIA CM/ECF**
*U.S. Trustee*
**William T Neary**
Office of the U.S. Trustee, Region 11
219 S Dearborn St, Room 873
Chicago, IL 60604

**Robert D Nachman**
Dykema Gossett PLLC
10 S. Wacker Dr.
Suite 2300
Chicago, IL 60606
312.627.2480
312.627.2302 (fax)
rnachman@dykema.com

**Morgan M. Smith**
Dykema Gossett PLLC
10 S. Wacker Dr., Suite 2300
Chicago, IL 60606
312 876-1700
312 876-1155 (fax)
mmsmith@dykema.com

**VIA FACSIMILE**:
**Ebro Real Estate Holdings, LLC**
1330 W. 43rd Street
Chicago, IL 60609
(773) 696-0151