# EXHIBITS



Appraisal Associates

## Exhibits



Appraisal Associates

# EXHIBITS



Appraisal Associates

EXHIBITS



Appraisal Associates

# Exhibits



Appraisal Associates