**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EBRO REAL ESTATE HOLDINGS, LLC | ) | The Honorable Eugene R. Wedoff |
| | ) | |
| Debtor. | ) | Case No. 09-10104 |

**BANK OF AMERICA'S WITNESS LIST FOR HEARING ON**
**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

Pursuant to that certain Trial Order dated as of September 18, 2009 (Docket No. 72), Bank of America (the "Bank"), a secured creditor of EBRO Real Estate Holdings, LLC (the "Debtor"), hereby identifies the following persons as its witnesses at the evidentiary hearing (the "Hearing") scheduled by this Court on the Bank's motion (Docket No. 61) to modify the automatic stay or, in the alternative, convert the Debtor's chapter 11 bankruptcy case:

**WITNESSES**

1. Francisco Flores
   Vice President
   Bank of America
   Special Assets Group
   135 S. LaSalle Street, Suite 1025
   Chicago, Illinois 60603

The Bank reserves its rights to (i) call one or more rebuttal witnesses, and (ii) counter-designate witnesses in its case in chief in relation to testimony elicited by the Debtor or any other party who the Court may allow to present evidence at the Hearing.

Dated:  September 22, 2009

Respectfully submitted,

**BANK OF AMERICA**

By: /s/ Morgan M. Smith
ROBERT D. NACHMAN (#6185804)
MORGAN M. SMITH (# 6287435)
DYKEMA GOSSETT PLLC
10 S. Wacker Dr., Suite 2300
Chicago, Illinois 60606
Telephone:  (312) 876-1700
Facsimile:  (312) 876-1155
rnachman@dykema.com
mmsmith@dykema.com

2

CHICAGO\2772441.1
ID\MMSM - 074925/0209