**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EBRO REAL ESTATE HOLDINGS, LLC | ) | The Honorable Eugene R. Wedoff |
| | ) | |
| Debtor. | ) | Case No. 09-10104 |

**BANK OF AMERICA'S EXHIBIT LIST FOR HEARING ON
MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

Pursuant to that certain Trial Order dated as of September 18, 2009 (Docket No. 72), Bank of America (the "Bank"), a secured creditor of EBRO Real Estate Holdings, LLC (the "Debtor"), hereby identifies the following documents as its exhibits at the evidentiary hearing (the "Hearing") scheduled by this Court on the Bank's motion (Docket No. 61) to modify the automatic stay or, in the alternative, convert the Debtor's chapter 11 bankruptcy case:

**EXHIBITS**

1. Promissory Note dated as of August 31, 2005

2. Mortgage, Security Agreement, Assignment of Rents and Leases and Fixture Filing dated as of August 31, 2005

3. Assignment of Rents and Leases dated as of August 31, 2005

4. Debtor's Schedule D – Creditors Holding Secured Claims – Amended (Docket No. 42)

5. Debtor's Disclosure Statement dated as of July 13, 2009 (Docket No. 40)

6. The Bank's loan balance printout as of September 14, 2009

The Bank reserves the right to present additional exhibits in relation to any evidence submitted by the Debtor or any other party who the Court may allow to present evidence at the Hearing.

Dated:  September 22, 2009

Respectfully submitted,

**BANK OF AMERICA**

By: /s/ Morgan M. Smith
ROBERT D. NACHMAN (#6185804)
MORGAN M. SMITH (# 6287435)
DYKEMA GOSSETT PLLC
10 S. Wacker Dr., Suite 2300
Chicago, Illinois 60606
Telephone:  (312) 876-1700
Facsimile:  (312) 876-1155
rnachman@dykema.com
mmsmith@dykema.com