**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EBRO REAL ESTATE HOLDINGS, LLC | ) | The Honorable Eugene R. Wedoff |
| | ) | |
| Debtor. | ) | Case No. 09-10104 |

**CERTIFICATE OF SERVICE**

Morgan M. Smith, an attorney, hereby certifies that on September 22, 2009, he caused a true and correct copy of (i) BANK OF AMERICA'S WITNESS LIST FOR HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY, and (ii) BANK OF AMERICA'S EXHIBIT LIST FOR HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY, to be served on (i) the parties on the attached Service List by electronic mail, and (ii) all parties that have appeared electronically in the above-captioned bankruptcy case via the Court's CM/ECF system. Parties may access the within instrument through the Court's CM/ECF system.

Dated: September 22, 2009

By: /s/ Morgan M. Smith
MORGAN M. SMITH (# 6287435)
DYKEMA GOSSETT PLLC
10 S. Wacker Dr., Suite 2300
Chicago, Illinois 60606
Telephone: (312) 876-1700
Facsimile: (312) 876-1155
mmsmith@dykema.com

# SERVICE LIST

| | |
|---|---|
| Forrest L Ingram<br>Forrest L. Ingram, P.C.<br>79 W Monroe Street, Suite 900<br>Chicago, IL 60603<br>Fax : 312 759-0298<br>Email: fingram@fingramlaw.com<br>*Counsel for the Debtor* | Peter L Berk<br>Law Office of Peter L. Berk<br>79 West Monroe, Suite 900<br>Chicago, IL 60603<br>Fax : (312) 759-0298<br>Email: plberk@berklegal.com<br>*Counsel for the Debtor* |
| *Office of the U.S. Trustee*<br>Attn: Kathryn M. Gleason<br>Office of the U.S. Trustee<br>219 S Dearborn St., Room 873<br>Chicago, IL 60604<br>kathryn.m.gleason@usdoj.gov | |