IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| EBRO REAL ESTATE HOLDINGS, LLC | ) | The Honorable |
| | ) |     Eugene R. Wedoff |
| | ) | |
| | ) | Case No. 09-10104 |
| Debtor. | ) | |
| | ) | Hearing Date: |
| | ) |     Sept. 24, 2009 at 1:30pm. |

### ORDER TEMPORARALLY ENJOINING BANK OF AMERICA FROM PRESENTING ITS MOTION FOR RELIEF FROM THE AUTOMATIC STAY

This matter came to be heard on the application of the Debtor and Debtor in Possession, EBRO Real Estate Holdings, LLC, to enjoin temporarily the Bank of America from presenting its Motion for Relief from the Automatic Stay against real property located at 1330 W. 43rd St., Chicago, IL 60609 on Sept. 24, 2009 until such time as it can prove, by evidence at trial, that is not coming before this Court seeking relief with unclean hands; or in the alternative, to dismiss without prejudice the Bank of America's Motion for Relief from the Automatic Stay. Due notice having been given and the Court being fully advised in these premises,

**IT IS HEREBY ORDERED** that:

(1) the Bank of America is enjoined temporarily from presenting its Motion for Relief from the Automatic stay since the Bank of America, coming to the court with unclean hands, lacks standing to bring its motion for relief from the stay before this Court. On ____ _____, 2009, the Court will conduct an evidentiary hearing to determine whether the Bank of America will be permanently enjoined from pursuing its motion or, in the alternative,

  (2) the Bank of America's motion for relief from the automatic stay is dismissed without prejudice.

Dated:                BY THE COURT

                    _____
                    The Honorable Judge Altenberger
                    U.S. Bankruptcy Judge

This document was prepared by
Forrest L. Ingram, P.C.