**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EBRO REAL ESTATE HOLDINGS, LLC | ) | The Honorable Eugene R. Wedoff |
| | ) | |
| Debtor. | ) | Case No. 09-10104 |

**BANK OF AMERICA'S LIMITED OBJECTION
TO ADMISSION OF DEBTOR'S EXHIBIT #1**

Bank of America (the "Bank") files this limited objection to admission of Exhibit #1 on EBRO Real Estate Holdings, LLC's (the "Debtor") Exhibit List (Docket No. 81) pursuant to that certain Trial Order dated as of September 18, 2009 (Docket No. 72).  The Bank objects to the admission of Exhibit #1 to the extent that the Debtor fails to lay foundation as to Exhibit #1 at the related hearing.

Dated:  September 23, 2009                                Respectfully submitted,

                                                          **BANK OF AMERICA**

                                                          By: /s/ Morgan M. Smith
                                                          ROBERT D. NACHMAN (#6185804)
                                                          MORGAN M. SMITH (# 6287435)
                                                          DYKEMA GOSSETT PLLC
                                                          10 S. Wacker Dr., Suite 2300
                                                          Chicago, Illinois 60606
                                                          Telephone:  (312) 876-1700
                                                          Facsimile:  (312) 876-1155
                                                          rnachman@dykema.com
                                                          mmsmith@dykema.com

## **CERTIFICATE OF SERVICE**

      Morgan M. Smith, an attorney, hereby certifies that on September 23, 2009, he caused a true and correct copy of BANK OF AMERICA'S LIMITED OBJECTION TO ADMISSION OF DEBTOR'S EXHIBIT #1, to be served on (i) the parties on the attached Service List by electronic mail, and (ii) all parties that have appeared electronically in the above-captioned bankruptcy case via the Court's CM/ECF system. Parties may access the within instrument through the Court's CM/ECF system.

Dated: September 23, 2009

By: /s/ Morgan M. Smith
MORGAN M. SMITH (# 6287435)
DYKEMA GOSSETT PLLC
10 S. Wacker Dr., Suite 2300
Chicago, Illinois 60606
Telephone: (312) 876-1700
Facsimile: (312) 876-1155
mmsmith@dykema.com

## SERVICE LIST

| | |
|---|---|
| Forrest L Ingram<br>Forrest L. Ingram, P.C.<br>79 W Monroe Street, Suite 900<br>Chicago, IL 60603<br>Fax : 312 759-0298<br>Email: fingram@fingramlaw.com<br>*Counsel for the Debtor* | Peter L Berk<br>Law Office of Peter L. Berk<br>79 West Monroe, Suite 900<br>Chicago, IL 60603<br>Fax : (312) 759-0298<br>Email: plberk@berklegal.com<br>*Counsel for the Debtor* |
| *Office of the U.S. Trustee*<br>Attn: Kathryn M. Gleason<br>Office of the U.S. Trustee<br>219 S Dearborn St., Room 873<br>Chicago, IL 60604<br>kathryn.m.gleason@usdoj.gov | |