**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EBRO REAL ESTATE HOLDINGS, LLC | ) | The Honorable Eugene R. Wedoff |
| | ) | |
| Debtor. | ) | Case No. 09-10104 |

## CERTIFICATE OF SERVICE

    Morgan M. Smith, an attorney, hereby certifies that on November 17, 2009, he caused a true and correct copy of **Bank of America's Response In Partial Support Of Motion Of United States Trustee To Convert Or Dismiss Case** to be served on (i) the parties on the attached Service List by electronic mail, and (ii) all parties that have appeared electronically in the above-captioned bankruptcy case via the Court's CM/ECF system. Parties may access the within instrument through the Court's CM/ECF system.

Dated: November 17, 2009

By: /s/ Morgan M. Smith
MORGAN M. SMITH (# 6287435)
DYKEMA GOSSETT PLLC
10 S. Wacker Dr., Suite 2300
Chicago, Illinois 60606
Telephone: (312) 876-1700
Facsimile: (312) 876-1155
mmsmith@dykema.com

# SERVICE LIST

| | |
|---|---|
| Forrest L Ingram<br>Forrest L. Ingram, P.C.<br>79 W Monroe Street, Suite 900<br>Chicago, IL 60603<br>Fax : 312 759-0298<br>Email: fingram@fingramlaw.com<br>*Counsel for the Debtor* | Peter L Berk<br>Law Office of Peter L. Berk<br>79 West Monroe, Suite 900<br>Chicago, IL 60603<br>Fax : (312) 759-0298<br>Email: plberk@berklegal.com<br>*Counsel for the Debtor* |
| *Office of the U.S. Trustee*<br>Attn: Kathryn M. Gleason<br>Office of the U.S. Trustee<br>219 S Dearborn St., Room 873<br>Chicago, IL 60604<br>kathryn.m.gleason@usdoj.gov | |