UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 Proceeding |
| | ) | |
| EBRO REAL ESTATE HOLDINGS LLC, | ) ) | Case No. 09 B 10104 |
| | ) | |
| Debtor. | ) | Judge Eugene R. Wedoff |

### ORDER OF CONVERSION

This matter coming to be heard on the motion of the United States Trustee for the Northern District of Illinois to Convert or Dismiss the Chapter 11 case of EBRO Real Estate Holdings LLC pursuant to 11 U.S.C. §1112(b), notice having been given, and, the Court being fully advised in the premises:

NOW THEREFORE, IT IS HEREBY ORDERED that this Chapter 11 case shall be and is hereby converted to a case under Chapter 7 of the Bankruptcy Code.

DATED: 1 8 NOV 2009    ENTERED: _____
HONORABLE EUGENE R. WEDOFF
UNITED STATES BANKRUPTCY JUDGE