IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7, converted from Chapter 11 |
| EBRO REAL ESTATE HOLDINGS, LLC | Judge Eugene Wedoff |
| Debtor and Debtor in Possession. | Case No. 09-10104 |
| | Hearing: December 15, 2009 at 9:30 a.m. |

**ORDER GRANTING DEBTOR'S MOTION TO DISMISS THE BANKRUPTCY CASE**

THIS MATTER CAME TO BE HEARD on the motion of Debtor to Dismiss its Bankruptcy Case, due notice having been given and the Court being fully advised in the premises,

IT IS ORDERED that:

Debtor's Chapter 7 Bankruptcy Case No. 09-10104 is dismissed.

Dated: 15 DEC 2009

BY THE COURT

_____
Hon. Eugene Weboff
United States Bankruptcy Judge

This order was prepared by Forrest L. Ingram, P.C.