**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Case No.: 09−10104
Chapter:   7
Judge:   Eugene R. Wedoff

In Re:
  EBRO Real Estate Holdings LLC
  1330 W 43rd Street
  Chicago, IL 60609

Social Security / Individual Taxpayer ID No.:

Employer Tax ID / Other nos.:
  34−2051730

---

**NOTICE OF DISMISSAL**

You are hereby notified that an Order Dismissing the above case was entered on December 15, 2009

FOR THE COURT

Dated: December 16, 2009                    Kenneth S. Gardner , Clerk
                                            United States Bankruptcy Court